FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 MAR 28 PM 2: 16
CLERK
SO. DIST OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INFORMATION |
| ) | CR 411-046 |
| EDWARD O. SIBLEY ) | |
| ) | |
| Defendant ) | |

## ORDER OF DISMISSAL

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant EDWARD O. SIBLEY without prejudice.

SO ORDERED, this 28th day of March, 2016.

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA